# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _1:21-cv-00575-GPG_

(To be supplied by the court)

_Pierre Clifton-Nettles_____, Plaintiff

v.

_Denver Health Medical_____

_Denver Sheriff Department_____

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 19 2021**

JEFFREY P. COLWELL
CLERK

---

## PRISONER COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |
| **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Pierce Clifton-Nettles Doc# 172605 #0000615635 P.O. Box 1108 Denver CO 80201

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee

____ Civilly committed detainee

____ Immigration detainee

✓ Convicted and sentenced state prisoner

____ Convicted and sentenced federal prisoner

____ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: _____

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ Yes ____ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ____ individual and/or ____ official capacity.

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X__    42 U.S.C. § 1983 (state, county, and municipal defendants)

_____    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_____    Other: (*please identify*) _____

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts: Here is an attached Claims With Supporting facts

4

Case# 1:21-CV-00575-GPG

D. Statement of Claims

December 17th 2020

To who it may concern


I **Pierre Clifton-Nettles** is requesting civil action against the Denver County Sheriffs Department and the Denver Downtown Detention Center Facility. On September 17th 2020 I was getting booked in the Denver Downtown Detention Center. Once the processes was over I was taken to a cell with seven other inmates where we where housed all in the same cell. After that I was tested by medical for a Covid-19 test. The test was a long Q-tip that the nurse wiggled around in the back of my throat. The following week a different nurse came back to tell me my results. She said my results for the corona-virus was negative. Since I had negative results I was moved to a open pod 4-H witch had 35 people in it Where I was tested again for the Covid-19 virus. On October 27th 2020 I got my results the next day on October 28th imprinted on a Denver Health piece of paper. Stating I was negative again. BY the following week the same pod I was housed in 4-H was now at its capacity 64 people. While being in this pod 4-H. I notice the Jail is not following social distancing protocols set in place by the Governor and Mayor of Denver. Nor is the jail giving out the proper mask to protect anyone from this Corona-virus. I also brought this to Captain Rutan's attention that they are not doing the 14 days of quarantine isolation with new or corona-virus positive inmates. For the whole month of November I was living in the pod of 4-H with other inmates that tested positive for the covid-19 (Coronavirus) . And instead of the jail removing these inmates out of the pod they left them in there putting the rest of us inmates at risk to contract the Corona-Virus. All the jail did was send a nurse in the pod to give everyone a temperature check saying this is a screening test for the Covid-19 Virus. On November 30th 2020 I was then tested again the same way I was tested back in October 2020. With a long Q-tip being wiggled around in the back of my throat. And on December 1st 2020 my results were printed on this piece of paper stating I'am Pierre Clifton-Nettles tested positive for Covid-19 (Coronavirus) . And on the 10th day of December 2020 I was given another temperature check that was told to me by a Denver Health nurse that works in the jail. The nurses words and I quota this is a screening test for the Coronavirus. After she left the pod 30 minutes went by and I was told by my pod deputy to rap it up I'm being transferred to the Denver County jail on Smith Road. I asked why am I being moved if I tested positive for the Coronavirus doesn't that mean I'm sick. The Sargent I asked that to was Sargent Liggins . Sargent Liggins words was you've been cleared by the nurse to be transferred . I then asked how can the nurse clear me less then 24 hours and even consider moving a sick person now when no one was moving the inmates that tested positive in the beginning. Sargent Liggins went on to say we really don't have anywhere to put you guys indicating there is no room in the jail to house us inmates. So the Denver county jail is where your going. I got to the Denver county jail on December 10th 2020 at 6 o'clock pm. Where I was then put in a pod 1-A with 25 other inmates and was told this pod is where I will be place on quarantine. Amongst inmates with Coronavirus and other inmates that are negative of the Coronavirus like me testing positive. These jails Denver Downtown Detention Center Facility/Denver county Jail have been violating all of my rights. By putting me endanger due to me having health concerns that could result in my death because of the Denver Sheriffs Department neglects to follow Governor and Mayor of Denver's protocols. This jail is helping spread this virus due to protocol not being up held . I'm here to tell you today December 17th 2020. While in the custody of the Denver Downtown Detention Center Facility is where I tested positive for Covid-19 (Coronavirus) and im currently being housed at the Denver County Jail. Please if theirs anything you can do to help my situation I'm asking for it because I'm not getting the proper medical attention needed while in custody.

P.S. Any questions please call MarKesha Starks
at 7207090764 and there are others who caught the Coronavirus in jail theses are copies of my results

Case # 1:21-CV-00575-GPG

# D. Statement of Claims



# DENVER HEALTH.
—— est. 1860 ——

Date: 10/28/2020

Re: Coronavirus 2019 (COVID-19) PCR Lab Results

CD# 615635

This letter is to communicate the results of recent lab test performed by Denver Sheriff Health Services. The results of your test were recently reviewed by a provider. The results of the COVID-19 test are not Not Detected (Negative).

If you have any questions or concerns, please fill out a kite so you can discuss them with the Denver Sheriff Health Service's staff.

Sincerely,

Health Services

*Case # 1:21-cv-00575-GPG*

*D. Statement of Claims*

*4H-200-17L*

# DENVER HEALTH™
## — est. 1860 —

Date: 12/01/2020
Pierre Clifton-Nettles
DOB: 02/21/1991

Re: COVID -19 Test results

This letter is to communicate the results of recent COVID-19 (Coronavirus) testing performed by Denver Sheriff Health Services. The results of your test were recently reviewed by a provider and are positive for the COVID-19 Virus.

You may experience flu like symptoms, fever, cough, muscle ache, shortness of breath, and headache. These symptoms are expected with the virus.  It is also possible you will feel no symptoms from COVID -19.  Medical Kites related to COVID-19 symptoms will not be charged.

If you feel like your symptoms are worsening please notify a health services staff member, or uniformed staff in your housing unit immediately. Notify the Sheriffs Deputy if you are having a medical emergency.

While you have active COVID-19 virus you will be kept in isolation while in the Downtown Detention Center or Denver County Jail. You will be assessed by health Services staff for clearance to general population on day 15 after the positive COVID-19 test. If you are released from custody you are responsible for staying quarantined until the COVID -19 virus has cleared.  You will be provided with discharge instructions.

**A mask will be provided to you and the mask must be worn at all times when you are out of your cell.**

If you have any questions or concerns, please fill out a kite so you can discuss with the Denver Sheriff Health Service's staff.  There will be no charge for a medical kite related to the COVID – 19 virus.

**E.    PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes **X** No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS.".*

Name(s) of defendant(s):    _____

Docket number and court:    _____

Claims raised:    _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    _____

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:    _____

**F.    ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    **X** Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    **X** Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

2.5 Million dollars For Denver Sheriffs Department and Denver Health Medicals

Negligence

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3-3-21
_____
(Date)

(Form Revised December 2017)

6

Colorado Department Of Corrections

Name Pierce Clifton-Wattles #
Register Number 172603
Unit L-4
Box Number 600
City, State, Zip Canon City Co 81215

DOCS 172603
OFFENDER LAST NAME
SMITH-LLOYD
UNIT
CDOC

Office of the Clerk
United States District Court
ALFRED A ARRAT Court House,
901-19th St., Room A 105
Denver Co 80294-3589

Legal Mail